UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORA KEILCH, | Case No. 5:15-cv-01526-LHK |
| Plaintiff, | **ORDER RE: JUVENILE CASE RECORDS** |
| v. | |
| SUENIA ROMERO, et al., | **(Re: Docket No. 17)** |
| Defendants. | |

On June 17, 2015, Plaintiff Flora Keilch and Defendants Suenia Romero and Marshell Terry-Battle filed a stipulation to obtain juvenile case files related to the underlying action.[1] The court granted the stipulation on June 18, 2015.[2] On July 1, 2015, the Presiding Judge of the Juvenile Court for the County of Santa Clara Superior Court expressed concern about this court's order granting access to juvenile records.[3]

The parties shall jointly submit a five-page letter brief addressing Judge Tondreau's concerns by Friday, July 10, 2015. The parties shall appear for oral argument on the matter on Tuesday, July 21, 2015 at 4:45 PM. The disputed order at Docket No. 17 is STAYED pending final resolution of this matter.

---

[1] Docket No. 16.

[2] Docket No. 17.

[3] *See* Letter from Judge Patrick Tondreau to Judge Paul S. Grewal, dated July 1, 2015.

1

Case No. 5:15-cv-01526-PSG
ORDER RE: JUVENILE CASE RECORDS

**SO ORDERED.**

Dated: July 8, 2015

                                                        *[signature]*
PAUL S. GREWAL
United States Magistrate Judge