1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FLORA KEILCH,

          Plaintiff,

    v.

SUENIA ROMERO, et al.,

          Defendants.

Case No. 15-CV-01526-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorney: Robert Powell
Defendant's Attorneys: Aryn Harris and Rebecca Hoberg

      An initial case management conference was held on September 9, 2015.  A further case management conference is set for January 20, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by January 13, 2016.

      The parties are referred to Early Neutral Evaluation (ENE).  The parties' deadline for ENE is January 8, 2016.

      Rebecca Hoberg shall file a Notice of Appearance by September 10, 2015.

      The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Further CMC | January 20, 2016 at 2 p.m. |

1

| | |
|---|---|
| Last day to amend complaint and/or add parties | November 1, 2015 |
| Last day to amend answer or file answer to amended complaint | December 1, 2015 |
| Fact Discovery Cutoff | April 29, 2016 |
| Opening Expert Reports | May 6, 2016 |
| Rebuttal Expert Reports | May 27, 2016 |
| Close of Expert Discovery | June 24, 2016 |
| Last Day to File Dispositive Motions | April 29, 2016 |
| Hearing on Dispositive Motions | June 16, 2016 at 1:30 p.m. |
| Final Pretrial Conference | September 1, 2016 at 1:30 p.m. |
| Jury Trial | October 11, 2016 |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: September 9, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California

2

Case No. 15-CV-01526-LHK
CASE MANAGEMENT ORDER