United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FLORA KEILCH,

          Plaintiff,

    v.

SUENIA ROMERO, et al.,

          Defendants.

Case No. 15-CV-01526-LHK

**CASE MANAGEMENT ORDER**

Plaintiff's Attorneys: Brett Terry and Robert Powell
Defendants' Attorney: Rebecca Hoberg

A case management conference was held on January 20, 2016. A further case management conference is set for April 13, 2016 at 2:00 p.m. The parties shall file their joint case management statement by April 6, 2016.

The parties shall send the proposed protective order to Kaiser by January 21, 2016. The parties shall file the protective order for Judge Grewal's approval by January 27, 2016.

The parties shall file a joint settlement status update by February 11, 2016. If the parties do not settle the case at the February 4 settlement conference, Plaintiff shall file Plaintiff's motion to compel regarding attorney-client privilege by February 11, 2016.

The Court amended the case schedule as follows:

Case No. 15-CV-01526-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Further CMC | April 13, 2016 at 2 p.m. |
| Fact Discovery Cutoff | May 27, 2016 |
| Opening Expert Reports | May 6, 2016 |
| Rebuttal Expert Reports | May 27, 2016 |
| Close of Expert Discovery | June 24, 2016 |
| Last Day to File Dispositive Motions | June 16, 2016 |
| Hearing on Dispositive Motions | July 28, 2016 at 1:30 p.m. |
| Final Pretrial Conference | September 22, 2016 at 1:30 p.m. |
| Jury Trial | October 11, 2016 at 9 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: January 20, 2016

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

United States District Court
Northern District of California