UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FLORA KEILCH,<br><br>    Plaintiff,<br><br>    v.<br><br>SUENIA ROMERO, et al.,<br><br>    Defendants. | Case No. 15-CV-01526-LHK<br><br>**ORDER RE: CASE SCHEDULE** |

The Case Management Conference set for April 13, 2016 is hereby continued to July 6, 2016 at 2 p.m.

In the parties' April 6, 2016 Joint Case Management Conference Statement, ECF No. 47, the parties request that the Court modify the case schedule due to delays in discovery. The Court hereby amends the case schedule as follows:

| Scheduled Event | Date |
|---|---|
| Further CMC | July 6, 2016 at 2 p.m. |
| Fact Discovery Cutoff | July 1, 2016 |
| Opening Expert Reports | July 8, 2016 |
| Rebuttal Expert Reports | July 22, 2016 |

Case No. 15-CV-01526-LHK
ORDER RE: CASE SCHEDULE

1

| Close of Expert Discovery | August 19, 2016 |
|---|---|
| Last Day to File Dispositive Motions | July 21, 2016 |
| Hearing on Dispositive Motions | August 25, 2016 at 1:30 p.m. |
| Final Pretrial Conference | September 22, 2016 at 1:30 p.m. |
| Jury Trial | October 11, 2016 at 9 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: April 6, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01526-LHK
ORDER RE: CASE SCHEDULE