UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FLORA KEILCH, | Case No. 15-CV-01526-LHK |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| SUENIA ROMERO, et al., | |
| Defendants. | |

The Case Management Conference set for July 6, 2016 at 2:00 p.m. is hereby continued to September 22, 2016 at 1:30 p.m., concurrent with the Pretrial Conference.

By July 7, 2016, the parties shall file a stipulation of dismissal as to Defendant Marshell Terry-Battle. By July 7, 2016, the parties shall also file a joint settlement conference statement stating whether the parties would agree to participate in another settlement conference.

The case schedule remains as follows:

| Scheduled Event | Date |
|---|---|
| Close of Fact Discovery | July 1, 2016 |
| Opening Expert Reports | July 8, 2016 |
| Rebuttal Expert Reports | July 22, 2016 |
| Close of Expert Discovery | August 19, 2016 |

1

Case No. 15-CV-01526-LHK
CASE MANAGEMENT ORDER

| Last Day to File Dispositive Motions (one per side in the entire case) | July 21, 2016 |
|---|---|
| Hearing on Dispositive Motions | August 25, 2016 at 1:30 p.m. |
| Final Pretrial Conference | September 22, 2016 at 1:30 p.m. |
| Jury Trial | October 11, 2016 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: July 1, 2016

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01526-LHK
CASE MANAGEMENT ORDER